UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                     CASE NO. 07-mj-0024 CMK

      vs.                                                              ORDER TO PAY

      LARRY A. SEIDLER

The Defendant, having been found guilty of all counts, after entry of guilty pleas thereto, is

ORDERED TO PAY THE FOLLOWING:

Count I       DISMISSED ON MOTION OF GOVERNMENT
Count II      Fine: $400.00      Assessment: $10.00
Count III     Fine: $_____     Assessment: $_____
Count IV     Fine: $_____     Assessment: $_____
Count V      Fine: $_____     Assessment: $_____

(X)    FINE TOTAL OF $400.00 and a penalty assessment of $10.00 to be paid during the term of probation (within one year).

(X)    PROBATION to be unsupervised for a period of one year. During the term of probation Defendant shall obey all state, federal and local laws. Defendant is precluded from entering the Whiskeytown National Recreation Area until the fine and assessment are paid in full. Probation to terminate upon payment.

DATED: April 2, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE